JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FRANK BASHAM, an individual, | Case No. 2:20-cv-01758-JCM-VCF |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| WELLS FARGO BANK, N.A., a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; and TRAN UNION LLC, a Foreign Limited-Liability Company, | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 23, 2020 through and including **December 23, 2020**.  The additional time to respond to the

. . .

. . .

. . .

1  Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not
2  intended to cause delay.

   Respectfully submitted this 23rd day of November, 2020.

                                    CLARK HILL PLLC

                                    By:  /s/*Jeremy J. Thompson*
                                    Jeremy J. Thompson
                                    Nevada Bar No. 12503
                                    3800 Howard Hughes Pkwy, Suite 500
                                    Las Vegas, NV 89169
                                    Tel: (702) 862-8300
                                    Fax: (702) 862-8400
                                    Email: jthompson@clarkhill.com

                                    *Attorneys for Defendant Equifax Information Services LLC*

                                    ***No opposition***

                                     /s/ Erik W. Fox, Esq.
                                    Jamie S. Cogburn, Esq.
                                    Nevada Bar No. 8409
                                    Erik W. Fox, Esq.
                                    Nevada Bar No. 8804
                                    COGBURN LAW OFFICES
                                    2508 St. Rose Parkway, Suite 330
                                    Henderson, NV 89074
                                    Phone: (702) 748-7777
                                    FAX: (702) 966-3880
                                    Email: jsc@cogburnlaw.com
                                    Email: efox@cogburnlaw.com

                                    *Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  11-24-2020
_____

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 23rd day of November, 2020, via the Court's CM/ECF system which will send notification to all counsel of record.

CLARK HILL PLLC

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*